IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 SEP 20 PM 4:13
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-CR-122-S |
| Plaintiff, | Ct 1: 18 U.S.C. § 1344(2) (Bank Fraud) |
| v. | |
| KENNARD C. BOUK III, | Ct 2: 18 U.S.C. § 472 (Passing Counterfeit Obligations or Securities of the United States) |
| Defendant. | |
| | **FORFEITURE NOTICE** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

*Introductory Allegations*

1. At all relevant times, **KENNARD C. BOUK III**, the Defendant, resided in the state of Florida.

2. Between on or about January 4, 2023 and on or about January 9, 2023, the Defendant did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, and assets owned by, or under the custody or control of Blue Federal Credit Union, a financial institution by means of false and fraudulent pretenses, representations, and promises.

3. It was part of the scheme that the Defendant obtained access to a counterfeit U.S. Treasury check that contained information obtained from a validly issued U.S. Treasury check, dated November 23, 2022, in the amount of $560,625.04, made payable to a Los Angeles, California insurance company.

4. It was part of the scheme that on or about January 4, 2023, the Defendant caused the creation of an LLC with the Wyoming Secretary of State in a name that closely resembled the name of the Los Angeles, California insurance company that was the payee on the validly issued U.S. Treasury check dated November 23, 2022, in the amount of $560,625.04. The Wyoming LLC listed a business address in Casper, Wyoming.

5. It was part of the scheme that on or about January 9, 2023, the Defendant opened a business bank account at Blue Federal Credit Union ("Blue") in Cheyenne, Wyoming in the name of the Wyoming LLC for the purpose of depositing the counterfeit U.S. Treasury check dated November 23, 2022, in the amount of $560,625.04, made payable to the Los Angeles, California insurance company. To give an air of legitimacy to his fraudulent transaction, the Defendant provided fabricated business records that purported to show that the Wyoming LLC was a legitimate insurance company operating in Wyoming.

6. As a result of this scheme, the Defendant fraudulently obtained at least $27,000 in cash from Blue.

## COUNT ONE

7. Paragraphs 1 through 6 are hereby re-alleged and incorporated by reference.

8. On or about January 9, 2023, in the District of Wyoming, the Defendant, **KENNARD C. BOUK III**, did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets and other property owned by, or under the custody or control of, Blue Federal Credit Union, a financial institution as defined by 18 U.S.C. § 20, by means of false and fraudulent pretenses, representations, and promises.

In violation of 18 U.S.C. § 1344(2).

## COUNT TWO

9. Paragraphs 1 through 6 are hereby re-alleged and incorporated by reference.

10. On or about January 9, 2023, in the District of Wyoming, the Defendant, **KENNARD C. BOUK III**, with intent to defraud, did pass and utter a falsely made and counterfeited obligation of the United States; that is, a United States Treasury check dated November 23, 2022, in the amount of $560,625.04 made payable to a Los Angeles, California insurance company.

In violation of 18 U.S.C. § 472.

## FORFEITURE NOTICE

1. The allegations contained in Counts One and Two of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture.

2. Under the authority of 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. §§ 1344 and 472 as set forth in Counts One and Two of this Indictment, the Defendant shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violation. The property to be forfeited includes, but is not limited to, a money judgment for the proceeds obtained, directly or indirectly, as a result of such violations.

3. If any of the property described above, as a result of any act or omission of the Defendant:

 a. cannot be located upon the exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 18

U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL:

*/s/ Ink Signature on File in Clerk's Office*
FOREPERSON

*[signature]*

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | KENNARD C. BOUK III, |
| **DATE:** | September 19, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | |

      Ct: 1   18 U.S.C. § 1344
(Bank Fraud)

0 - 30 Years Imprisonment
$1,000,000 Fine
3 Years Supervised Release
$100 Special Assessment

      Ct: 2   18 U.S.C. § 472
(Passing Counterfeit Obligations or Securities of the United States)

0-20 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:** 0-50 Years Imprisonment
Up To $1,250,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:** Russell Sparks, USSS

**AUSA:** Margaret M. Vierbuchen, Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:** 1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** Yes

1

| | |
|---|---|
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |