Margaret M. Vierbuchen
Wyoming State Bar No. 8-6767
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
margaret.vierbuchen3@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 SEP 20  PM 4: 14

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-CR-122-J |
| KENNARD C. BOUK III, | |
| Defendant. | |

### PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **KENNARD C. BOUK III**

DATED this 19th day of September, 2023.

NICHOLAS VASSALLO
United States Attorney

By: _____
MARGARET M. VIERBUCHEN
Assistant United States Attorney

BOND SET AT: Detain

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE